UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| TROY K. SCHEFFLER, | Case File No. 14-CV-1933 ADM/SER |
| Plaintiff, | **DECLARATION OF TROY K. SCHEFFLER IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |
| v. | |
| MESSERLI & KRAMER P.A., | |
| Defendant. | |

I, Troy K. Scheffler, declare under the penalty of perjury, as provided for by the laws of the United States at 28 U.S.C. § 1746:

1. That I am the Plaintiff in the present action.

2. That I have personal knowledge of this litigation based on being the Plaintiff.

3. That I make this declaration in opposition to the Defendant's motion to dismiss the Plaintiff's complaint.

4. That on 02-28-2011 that I did record a conversation with an employee of the Defendant's and have included a true and correct copy of the said conversation on compact disc labeled Exhibit A.

5. That on 07-25-2014 Defendant did serve upon me via U.S. Postal Service a copy of the present motion and notice of motion of which a true and correct copy of the cover page is included as Exhibit B.

6. That on 07-28-2014 Defendant did serve upon me via U.S. Postal Service a copy of the present motion and notice of motion of which a true and correct copy of the cover page is included as Exhibit C.

1

7. That on 07-28-2014 Defendant did send via U.S. Postal Service a letter to Attorney Peter Nickitas in which he then forwarded to me and is included as a true and correct copy labeled Exhibit D.

8. That on or about 06-18-2014, I did receive a copy of a garnishment summons from the Defendant dated 06-05-2014 and have included a true and correct copy of the cover page labeled Exhibit E.

_____        07-30-2014
Troy K. Scheffler